**AKERMAN LLP**
JUSTIN D. BALSER (CA SBN 213478)
Email: justin.balser@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

**AKERMAN LLP**
VICTORIA E. EDWARDS (CA SBN 269305)
Email: victoria.edwards@akerman.com
1400 Wewatta Street, Ste. 500
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714

Attorneys for Defendants
NATIONSTAR MORTGAGE LLC, THE BANK OF NEW YORK MELLON, AS SUCCESSOR TRUSTEE TO J.P. MORGAN-CHASE BANK, SOLELY IN ITS CAPACITY AS TRUSTEE FOR SARMLT MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-08 (Incorrectly Named As Defendants The Bank Of New York Mellon and J.P. Morgan Chase Bank), AURORA BANK FSB (fka LEHMAN BROTHERS BANK), AURORA LOAN SERVICES LLC (fka AURORA LOAN SERVICES, INC.)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY C. KAUTTER, an individual, | Case No. 2:14-cv-02676 R (JCGx) |
| Plaintiff, | The Honorable Manuel L. Real |
| v. | **NOTICE OF SERVICE OF THE COURT'S ORDER RE: NOTICE TO COUNSEL** |
| NATIONSTAR MORTGAGE LLC; THE BANK OF NEW YORK MELLON; JP MORGAN CHASE BANK; AURORA BANK FSB (fka LEHMAN BROTHERS BANK); AURORA LOAN SERVICES LLC; AURORA LOAN SERVICES, INC.; RSM&A FORECLOSURE SERVICES LLC; and all persons claiming by, through or under such person; all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; and DOES 1-110, inclusive. | Case Removed: April 9, 2014<br>Trial Date: None |
| Defendants. | |

{28466676;1}    1    CASE NO.   2:14-CV-02676 R (JCGX)

**NOTICE OF SERVICE OF THE COURT'S ORDER RE: NOTICE TO COUNSEL**

**TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** defendants Nationstar Mortgage LLC, The Bank of New York Mellon, As Successor Trustee To J.P. Morgan-Chase Bank, Solely In Its Capacity As Trustee For SARMLT Mortgage Pass-Through Certificates, Series 2004-08 (incorrectly named as defendants The Bank of New York Mellon and J.P. Morgan Chase Bank), Aurora Bank FSB (fka Lehman Brothers Bank), and Aurora Loan Services LLC (fka known as Aurora Loan Services, Inc.) (collectively **defendants**) are serving a copy of the Court's Order Re: Notice to Counsel, attached here as Exhibit "A", on all parties.

Dated: April 14, 2014

**AKERMAN LLP**

By: s/ *Victoria E. Edwards*
_____
JUSTIN D. BALSER
VICTORIA E. EDWARDS
Attorneys for Defendants
NATIONSTAR MORTGAGE LLC, THE BANK OF NEW YORK MELLON, AS SUCCESSOR TRUSTEE TO J.P. MORGAN-CHASE BANK, SOLELY IN ITS CAPACITY AS TRUSTEE FOR SARMLT MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-08 (INCORRECTLY NAMED AS DEFENDANTS THE BANK OF NEW YORK MELLON AND J.P. MORGAN CHASE BANK), AURORA BANK FSB (fka LEHMAN BROTHERS BANK), AURORA LOAN SERVICES LLC (fka AURORA LOAN SERVICES, INC.)

**AKERMAN LLP**
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# EXHIBIT "A"

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| [name]<br><br>        Plaintiff(s).<br><br>        V.<br><br>[name]<br><br>        Defendant(s). | CV      -R<br><br>ORDER RE:<br>NOTICE TO COUNSEL |

**READ CAREFULLY: FAILURE TO COMPLY MAY LEAD TO SANCTIONS**
==========================================================

      **This case has been assigned to the calendar of Judge Manuel L. Real.**

      **Counsel are advised that the Court expects strict compliance with the provisions of the Local Rules and the Federal Rules of Civil Procedure. NONCOMPLIANCE MAY LEAD TO THE IMPOSITION OF SANCTIONS WHICH MAY INCLUDE THE STRIKING OF PLEADINGS AND ENTRY OF JUDGMENT OR DISMISSAL OF THE ACTION.**

      **The attention of counsel is particularly directed to Local Rule 16. Counsel should also be guided by the following special requirements when litigating cases assigned to Judge Real:**

      **1. INTERROGATORIES: See Local Rules.**

      **2. MOTIONS: Motions shall be heard on the first and third Monday of each month at 10:00 A.M., unless otherwise ordered by the Court. If the Monday is a national holiday, the succeeding Tuesday shall be the motion day. Counsel do not need to contact the Court in this regard, as there is no need to reserve dates.**

NOTICE TO COUNSEL                                                    PAGE 2
==========================================================

**3. EX PARTE APPLICATIONS:** No hearing will be held unless deemed necessary by the Court; if the Court requires a hearing, the clerk will contact the parties and inform them of the date and time. In the moving papers' declaration of notification, the declarant shall state whether or not the application is opposed; if opposed, the declarant shall state that the opposing party was informed and has twenty-four (24) hours from receipt of the papers to file its opposition. The matter will then stand submitted.

**4. CONTINUANCES:** Counsel requesting a continuance must submit a stipulation with a detailed declaration as to the reason for the requested continuance or extension of time, together with a proposed order. Stipulations, including those for second and subsequent extensions of time to respond to the complaint, are effective ONLY when approved by this Court. Any stipulation not in compliance with this order or the Local Rules will automatically be denied without further notice to the parties.

**5. CONFORMED COPIES:** Parties will receive conformed copies through the Court's CM/ECF e-filing system; or by mail, if applicable.

**6. REMOVED ACTIONS:** Any answers filed in state court must be refiled in this Court as a supplement to the petition. Any pending motions must be renoticed in accordance with Local Rule 7.

**7. WAIVED LOCAL RULES:** (Local Rule 16-15): Settlement conferences are NOT mandatory; if the parties mutually agree to the holding of a settlement conference, they shall contact the clerk. (Local Rule 7-3): parties are NOT obligated to meet and confer, or file a declaration in connection thereto, for the purposes of preparing and filing dispositive motions (to dismiss, summary judgment, etc).

**8. FEDERAL RULE 26(f):** This Court requires the following, and counsel are ORDERED to follow this outline: 30 days after the first answering defendant files a response to the complaint, the parties shall hold an early meeting, in person, for the purpose of making initial disclosures. Plaintiff's counsel shall have the duty of scheduling the meeting. The parties shall then file a Joint Report of Early Meeting within 14 days of the holding of the Early Meeting of Counsel. Counsel are informed that approximately 30 days after receipt of the Joint Report, this Court shall issue an Order setting the dates of the Final Pre-Trial Conference, and the Trial of the action. This Court shall not set a "scheduling conference" or issue a "scheduling order" other than as set

NOTICE TO COUNSEL                                                                 PAGE 3
==========================================================
out previously in this section.

**9.   MANDATORY COPIES OF E-FILED DOCUMENTS**: Mandatory copies are not accepted in chambers. Copies of all e-filed documents shall be delivered either to the civil intake section clearly marked as a courtesy copy, placed in the courtesy copy in-box outside of chambers or sent to the Court via overnight mail, within twelve (12) court business hours of the time the document was e-filed. The courtesy copy shall be blue-backed and double-hole punched.

**10.   WORD/WORDPERFECT PROPOSED ORDERS, JUDGMENTS OR ANY OTHER SIGNATURE ITEMS**: A Microsoft Word or WordPerfect copy of any proposed document requiring a signature shall and must be e-mailed to the generic chambers e-mail address (r_chambers@cacd.uscourts.gov). The subject line of the e-mail shall be in the following format: court's divisional office, year, case type, case number, judge's initials and filer (party) name [e.g., 2:09 CV 09876 R (Plaintiff or Defendant's name)].

**11.   NOTICE OF THIS ORDER**: Counsel for plaintiff, or plaintiff, if appearing on his or her own behalf, is responsible for promptly serving this notice on defendant's counsel, and filing a proof of service with the notice attached as an exhibit with the Court. If this case came to the Court via a Noticed Removal, this burden falls to the removing defendant.

_____
**MANUEL L. REAL**
**U. S. DISTRICT JUDGE**

**Date:**

# PROOF OF SERVICE

I am employed in the City and County of Denver, State of Colorado. I am over the age of 18 and not a party to the within action. My business address is 1400 Wewatta Street, Suite 500, Denver, Colorado 80202.

On **April 10, 2014**, I served the following documents on the persons below as follows:

### NOTICE OF SERVICE OF THE COURT'S ORDER RE: NOTICE TO COUNSEL

Mary C. Kautter, Pro Se
1008 Robin Circle
Arroyo Grande, CA 93420
(805) 202-8740
mkautter@yahoo.com

**Christopher Hoo**
Randall S. Miller & Associates
43252 Woodward Ave, Ste 180
Bloomfield Hills, MI 48302
818-574-3139
Fax: 818-256-3003
Email: choo@rsmalaw.com
Attorney for Defendant
RSM&A Foreclosure Services LLC

☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Denver, Colorado.

☒ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express , an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

☐ (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **April 10, 2014**, at Denver, Colorado.

|  |  |
|---|---|
| Lisa J. Blaylock | *Lisa J. Blaylock* |
| (Type or print name) | (Signature) |

# PROOF OF SERVICE

I am employed in the City and County of Denver, State of Colorado. I am over the age of 18 and not a party to the within action. My business address is 1400 Wewatta Street, Suite 500, Denver, Colorado 80202.

On **April 14, 2014**, I served the following documents on the persons below as follows:

### NOTICE OF SERVICE OF THE COURT'S ORDER RE: NOTICE TO COUNSEL

Mary C. Kautter, Pro Se
1008 Robin Circle
Arroyo Grande, CA 93420
(805) 202-8740
mkautter@yahoo.com

**Christopher Hoo**
Randall S. Miller & Associates
43252 Woodward Ave, Ste 180
Bloomfield Hills, MI 48302
818-574-3139
Fax: 818-256-3003
Email: choo@rsmalaw.com
Attorney for Defendant
RSM&A Foreclosure Services LLC

- ☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Denver, Colorado.

- ☒ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express , an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

☐ (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **April 14, 2014**, at Denver, Colorado.

| Lisa J. Blaylock | *Lisa J. Blaylock* |
|---|---|
| (Type or print name) | (Signature) |