UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY C KAUTTER<br><br>    Plaintiff(s),<br><br>  v.<br><br>NATIONSTAR MORTGAGE LLC, et al.<br><br><br>    Defendant(s). | CASE NO:<br>2:14–cv–02676–R–JCG<br><br>ORDER RE: NOTICE TO COUNSEL |

**READ CAREFULLY:  FAILURE TO COMPLY MAY LEAD TO SANCTIONS**
=========================================================

This case has been assigned to the calendar of Judge Manuel L. Real.

Counsel are advised that the Court expects strict compliance with the provisions of the Local Rules and the Federal Rules of Civil Procedure NONCOMPLIANCE MAY LEAD TO THE IMPOSITION OF SANCTIONS WHICH MAY INCLUDE THE STRIKING OF PLEADINGS AND ENTRY OF JUDGMENT OR DISMISSAL OF THE ACTION.

The attention of counsel is particularly directed to Local Rule 16. Counsel should also be guided by the following special requirements when litigating cases assigned to Judge Real:

    1. **INTERROGATORIES**:  See Local Rules.

    2. **MOTIONS**:  Motions shall be heard on the first and third Monday of each month at 10:00 A.M., unless otherwise ordered by the Court.

If the Monday is a national holiday, the succeeding Tuesday shall be the motion day.  Counsel do not need to contact the Court in this regard, as there is no need to reserve dates.

   3.  **EX PARTE APPLICATIONS**:  No hearing will be held unless deemed necessary by the Court; if the Court requires a hearing, the clerk will contact the parties and inform them of the date and time.  In the moving papers' declaration of notification, the declarant shall state whether or not the application is opposed; if opposed, the declarant shall state that the opposing party was informed that it has twenty–four (24) hours from receipt of the papers to file its opposition.  The matter will then stand submitted.

   4.  **CONTINUANCES**:  Counsel requesting a continuance must submit a stipulation with a detailed declaration as to the reason for the requested continuance or extension of time, together with a proposed order.  Stipulations, including those for second and subsequent extensions of time to respond to the complaint, are effective ONLY when approved by this Court.  Any stipulation not in compliance with this order or the Local Rules will automatically be denied without further notice to the parties.

   5.  **CONFORMED COPIES**:  Parties will receive conformed copies through the Court's CM/ECF e–filing system; or by mail, if applicable.

   6.  **REMOVED ACTIONS**:  Any answers filed in state court must be refiled in this Court as a supplement to the petition.  Any pending motions must be renoticed in accordance with Local Rule 7.

   7.  **WAIVED LOCAL RULES**:  (Local Rule 16–14.1): Settlement conferences are NOT mandatory; if the parties mutually agree to the holding of a settlement conference, they shall contact the clerk. (Local Rule 7–3): parties are NOT obligated to meet and confer, or file a declaration in

connection thereto, for the purposes of preparing and filing dispositive motions (to dismiss, summary judgment, etc).

   **8. FEDERAL RULE 26(f):** This Court requires the following, and counsel are ORDERED to follow this outline: 30 days after the first answering defendant files a response to the complaint, the parties shall hold an early meeting, in person, for the purpose of making initial disclosures. Plaintiff's counsel shall have the duty of scheduling the meeting. The parties shall then file a Joint Report of Early Meeting within 14 days of the holding of the Early Meeting of Counsel. Counsel are informed that approximately 30 days after receipt of the Joint Report, this Court shall issue an Order setting the dates of the Final Pre–Trial Conference, and the Trial of the action. This Court shall not set a "scheduling conference" or issue a "scheduling order" other than as set out previously in this section.

   **9. COURTESY COPIES OF E–FILED DOCUMENTS:** Courtesy copies are not accepted directly in chambers. Copies of all e–filed documents shall be delivered either to the civil intake section clearly marked as a courtesy copy, placed in the courtesy copy in–box outside of chambers or sent to the Court via overnight mail, within twelve (12) court business hours of the time the document was e–filed. The courtesy copy shall be blue–backed and double-hole punched.

   **10. WORD/WORDPERFECT PROPOSED ORDERS, JUDGMENTS OR ANY OTHER SIGNATURE ITEMS:** Pursuant to General Order 08–02, a **Microsoft Word** or **WordPerfect** copy of **any** proposed document requiring a signature shall and **must** be e–mailed to the generic chambers e–mail address (r_chambers@cacd.uscourts.gov). The subject line of the e–mail shall be in the following format: court's divisional office, year, case type, case number, judge's initials and filer (party) name [e.g., 2:09 CV 09876 R (Plaintiff or Defendant's

**name)].**

   **11.  <u>NOTICE OF THIS ORDER</u>:  Counsel for plaintiff, or plaintiff, if appearing on his or her own behalf, is responsible for promptly serving this notice on defendant's counsel, and filing a proof of service with the notice attached as an exhibit with the Court.  If this case came to the Court via a Noticed Removal, this burden falls to the removing defendant.**

Date: April 26, 2014

                _____
                Manuel L. Real
                United States District Judge